## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LYNN FRANK MULDER,** | ) | **CASE NO. 8:10CV300** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **AMENDED** |
| **v.** | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **ARNE DUNCAN, Secretary of the United States Department of Education,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 32). The motion complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be granted. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion to Dismiss with Prejudice (Filing No. 32) is granted;

2. This action is dismissed with prejudice;

3. The complete record is waived; and

4. By virtue of the agreement between the parties, the Court will not assess costs or attorney fees in this case.

Dated this 8th day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge